# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTIONE L. SCHAFFER

NO. 2021 KW 0017

**MARCH 15, 2021**

---

In Re:   Antione L. Schaffer, applying for supervisory writs,
21st Judicial District Court, Parish of Tangipahoa,
Nos. 1600483, 1601995, 1601996 & 1602409.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.** The district court record shows that on October 18, 2018, relator was advised of and voluntarily and intelligently waived his triad of constitutional rights relative to the no contest pleas (Counts 1, 2, 3 & 4) in docket number 1600483. The record further shows a factual basis existed for the no contest pleas and counsel discussed with relator the nature of the charges against him and his legal and constitutional rights. If the substantive issue an attorney failed to raise has no merit, then the claim the attorney was ineffective for failing to raise the issue also has no merit. **State ex rel. Roper v. Cain,** 99-2173 (La. App. 1st Cir. 10/26/99), 763 So.2d 1, 5 (*per curiam*), writ denied, 2000-0975 (La. 11/17/00), 773 So.2d 733. Furthermore, relator's claim of double jeopardy also fails as the bills of information in docket numbers 1601995 and 1601996 alleged relator committed obstruction of justice by tampering with evidence on two different dates.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT